UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BILLIE CLARK, on behalf of Himself and those similarly situated,** : : **Plaintiff,** : : vs. : : : **Miller Valentine Partners Ltd II, et al.** : : **Defendants.** : | **CASE NO. 1:20-cv-00295-DRC** **JUDGE Douglas R. Cole** |

## STIPULATED ORDER OF MISJOINDER

Pursuant to Rules 21 and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Miller-Valentine Partners Ltd. II hereby stipulate as to the misjoinder of Defendant Miller-Valentine Partners Ltd. II in this action.

Accordingly, IT IS HEREBY ORDERED THAT Miller-Valentine Partners Ltd. II is dismissed as a defendant in this action, without prejudice.

**IT IS SO ORDERED.**

Dated:_____       _____
                                                                    The Honorable Douglas R. Cole
                                                                    United States District Judge

Case: 1:20-cv-00295-DRC Doc #: 14 Filed: 07/06/20 Page: 2 of 3  PAGEID #: 56

- 2 -

**HAVE SEEN AND AGREE:**

*/s/* Matthew B. Bryant
Matthew B. Bryant (0085991)
Bryant Legal LLC
3450 W. Central Ave., Suite 370
Toledo, OH  43606
Telephone:  (419) 824-4439
Email:  mbryant@bryantlegalllc.com

*/s/* Daniel I. Bryant
Daniel I. Bryant (0090859)
Bryant Legal, LLC
1550 Old Henderson Road
Suite 126
Columbus, OH 43220
Telephone:  614-704-0546
Fax: 614-573-9826
Email: dbryant@bryantlegalllc.com

*/s/* Matthew J.P. Coffman
Matthew J.P. Coffman (0085586)
Coffman Legal, LLC
1550 Old Henderson Road
Suite 126
Columbus, OH 43220
614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

*Counsel for Plaintiffs*

*/s/* Lauren S. Kuley
Lauren S. Kuley (0089764)
Squire Patton Boggs (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, OH 45202
Telephone:  (513) 361-1200
Fax:  (513) 361-1201
Email:  lauren.kuley@squirepb.com

*Counsel for Miller-Valentine Partners Ltd. II*

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed electronically on this 6th day of July 2020, with the Clerk of Court using the CM/ECF system and notice of this filing will be sent electronically to all attorneys of record by operation of the Court's electronic filing system.

                                                     */s/* Lauren S. Kuley_____
                                                     Lauren S. Kuley (0089764)
                                                     *Counsel for Defendant Miller-Valentine Partners Ltd II*