## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| BILLIE CLARK, on behalf of himself and those similarly situated, | Civil Action No. 1:20-cv-295-DRC |
| | JUDGE DOUGLAS R. COLE |
| **Plaintiffs,** | |
| v. | **JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS** |
| MILLER VALENTINE PARTNERS LTD II, et al. | |
| **Defendants.** | |

COMES NOW Defendants MVAH Partners LLC, MVAH Management LLC, and MV Residential Property Management, LLC ("Defendants") and Plaintiff Billie Clark on behalf of himself and those similarly situated, ("Clark") (collectively referred to as the "Parties"), by and through counsel, and hereby jointly move to stay this matter while the parties confer and discuss a possible resolution to this matter. The Parties are currently engaged in negotiations and believe that there is potential for a mutually agreeable settlement that will provide a fair, cost-effective resolution to this matter. In order to allow the parties to sufficient time to conduct and review calculations related to this case, the Parties respectfully request that this matter be stayed while these negotiations occur. The parties will file a joint status report within 3 business days following an agreement to settle the claims or a breakdown of negotiations.

Dated: December, 9, 2020

Respectfully submitted,

| | |
|---|---|
| /s/*Matthew Coffman* | /s/ Michael B. Mattingly |
| Matthew J.P. Coffman (0085586) | Michael B. Mattingly (OH 0089847) |
| COFFMAN LEGAL, LLC | Jonathan M. Kelly (OH 0095738) |
| 1550 Old Henderson Road, Suite 126 | Dinsmore and Shohl, LLP |
| Columbus, Ohio 43220 | 255 E 5th Street, Suite 1900 |
| T: (614) 949-1181 | Cincinnati, OH 45202 |
| F: (614) 386-9964 | T: (513) 977-8200 |
| mcoffman@mcoffmanlegal.com | F: (513) 977-8141 |
| | Michael.mattingly@dinsmore.com |
| /s/ *Daniel I. Bryant* | Jon.kelly@dinsmore.com |
| Daniel I. Bryant (0090859) | |
| BRYANT LEGAL, LLC | *Counsel for Defendants, MVAH Partners,* |
| 1550 Old Henderson Road, Suite 126 | *LLC and MVAH Management, LLC* |
| Columbus, Ohio 43220 | |
| T: (614) 704-0546 | |
| F: (614) 573-9826 | /s/ Timothy G. Pepper |
| dbryant@bryantlegalllc.com | Timothy G. Pepper (0071076) |
| |     Trial Attorney |
| *Counsel for Named Plaintiff and those similarly situated* | TAFT STETTINIUS & HOLLISTER LLP |
| | 40 N. Main Street, Suite 1700 |
| | Dayton, Ohio 45423 |
| | Phone: (937) 641-1740 |
| | Fax: (937) 228-2816 |
| | pepper@taftlaw.com |
| | |
| | *Counsel for Defendant MV Residential Property Management, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on December, 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Daniel I. Bryant*
Daniel I. Bryant (0090859)