AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Billie Clark ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:20-cv-295 |
| Miller Valentine Partners LTD II, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Motion for Final Approval (Doc. 24) is granted. The Court finds that the Settlement Agreement is fair, reasonable, and adequate. This case is dismissed with prejudice. The Court reserves jurisdiction over the enforcement of the Order and the Settlement Agreement and all matters ancillary thereto.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole on a motion for Final Approval of Class and Collective Action Settlement and Certification of a Class Action.

Date: 8/8/23

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*